IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR233 |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW FREDERICK STROHL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Matthew Frederick Strohl's Unopposed Motion to Continue Trial [19]. Counsel needs additional time to resolve this matter short of trial and to finalize paperwork. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [19] is granted, as follows:

1. The jury trial now set for March 21, 2023, is continued to **May 23, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 23, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: March 7, 2023

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge